## OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano

Allegra L. Fishel
Lewis M. Steel
Nantiya Ruan
Deborah L. McKenna
René S. Roupinian
Julia Griffin Murphy
Samuel R. Miller

Delyanne D. Barros
Rachel M. Bien
Katherine Blostein
Molly Brooks
Cara E. Greene
Seth M. Marnin
Ossai Miazad
Melissa Pierre-Louis
Lauren Schwartzreich
Juno Turner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-21-10

September 17, 2010

**Via Hand Delivery**
The Honorable Deborah A. Batts
Attn: Brynn Lyerly, Law Clerk to the Honorable Deborah A. Batts
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Matheson, et al. v. The Glazier Group, Inc., et al.*, Case No. 09 Civ. 4214

Dear Judge Batts:

MEMO ENDORSED

We write on behalf of the parties in the above-referenced wage and hour putative class and collective action to update the Court on the status of mediation and discovery. Plaintiffs and Defendants have reached an agreement to settle the case and are currently in the process of reducing the agreement to a formal settlement agreement, which, with the Court's permission, we will present to the Court along with a motion for preliminary approval on or before October 8, 2010.

Granted
/DAB/
9-21-10



Respectfully submitted,

Jennifer L. Liu

MEMO ENDORSED

cc:   Jonathan Stoler, Esq. (via Email)
      Lisa Lewis, Esq. (via Email)
      Brian Schaffer, Esq. (via Email)
      Joseph A. Fitapelli, Esq. (via Email)

SO ORDERED
Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE



3 Park Avenue, 29th Floor      New York, NY 10016    Tel 212-245-1000    Fax 212-977-4005
4 Landmark Square, Suite 201   Stamford, CT 06901    Tel 203-363-7888    Fax 203-363-0333
og@outtengolden.com    www.outtengolden.com